Amado A. SOTO, et al., Plaintiffs,

Juan Enriquez, Plaintiff–Appellant,

v.

W.J. ESTELLE, Director, Texas Department of Corrections; Lester H. Beaird, Warden, Darrington Unit, Rosharon, TX; Charles Avery, Jr.; H.H. Coffield, Former Chairman of the Texas Board of Corrections; James Marvin Windham, Forman Chairman of the Texas Board of Corrections; Raymond Procunier, Former Chairman of the Texas Department of Corrections; O.O. McCotter, Former Director of the Texas Department of Corrections; James A. Collins, Director, Texas Department of Criminal Justice, Institutional Division; Alan Mitchell, Corrections Officer; Jack B. Pursley, Corrections Officer; James Michael Wilson, Corrections Officer; B.S. Hartnet; S.O. Woods, Director of the Bureau of Classification, Defendants–Appellees.

No. 03–20943.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided March 15, 2005.

Juan Enriquez, Tennessee Colony, TX, pro se.

Jacqueline Lee Haney, Assistant Attorney General, Office of the Attorney General, Austin, TX, for Defendants–Appellees.

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM: *

The district court's order dismissing the case was conditioned upon the parties

* Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

reaching a final settlement agreement, and it gave the parties 90 days to move for reinstatement if a settlement agreement was not reached. Thus, the order was not a final, appealable order for the purposes of 28 U.S.C. § 1291. *See Otis v. City of Chicago,* 29 F.3d 1159, 1167 (7th Cir.1994); *see also Berke v. Bloch,* 242 F.3d 131, 135 (3d Cir.2001). DISMISSED.